## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **LOAN PHAM,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )      **Case No.**_____ |
| | ) |
| **KARMEN SANTA LUCIA, NATIONAL** | ) |
| **RAILROAD PASSENGER CORPORATION,** | ) |
| **AMTRAK;MASSACHUSETTS BAY** | ) |
| **TRANSPORTATION AUTHORITY;** | ) |
| **KENNY NGUYEN AND TRUNG TRAN,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**01 - 11110 JLT**

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1441, *et. seq.*, Defendants, NATIONAL RAILROAD PASSENGER CORPORATION and Karmen Santa Lucia ("Defendants"), by their attorneys, hereby remove the entire civil action in Boston Municipal Court in Suffolk County, Massachusetts, captioned *Loan Pham v. Karmen Santa Lucia, National Railroad Passenger Corporation, Amtrak; Massachusetts Bay Transportation Authority; Kenny Nguyen and Trung Tran*, (Boston Municipal Court Civil Action No. 273669), to this Court. A copy of the Complaint is attached. As grounds for removal, Defendants state as follows:

1. On or about March 9, 2001, the Complaint was filed in Boston Municipal Court, Suffolk County, Massachusetts. National Railroad Passenger Corporation (hereinafter "Amtrak") received a copy of the Complaint on June 6, 2001.

2.     Pursuant to 28 U.S.C. §1441(a), any civil action over which the district courts of the United States have original jurisdiction may be removed from state to federal court.

3.     Pursuant to 28 U.S.C. §1331, the district courts of the United States have original jurisdiction over any civil action presenting a question of federal law.

4.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1349, which creates original jurisdiction for all civil actions against corporations created by Congress and owned by the United States.  Specifically, section 1349 states: the "district courts shall not have jurisdiction of any civil action by or against any corporation upon the ground that it was incorporated by or under an Act of Congress, *unless* the United States is the owner of more than on-half of its capital stock."  *Id.* (emphasis added).

5.     Amtrak is a federally-chartered stock corporation and more than half of its stock is owned by the United States. *Hollus v. Amtrak Northeast Corridor*, 937 F. Supp. 1110 (D.N.J. 1996), *aff'd*, 118 F.3d 1575 (3rd Cir. 1997).

6.     Accordingly, this Court has federal question jurisdiction over this case. *See e.g., Davidson v. National R.R. Passenger Co.,* No. Civ. A. 00-1226, 2000 WL 795881, *2 (E.D. Pa. June 9, 2000) ("As Amtrak is a federally-chartered corporation whose stock is wholly owned by the federal government, this Court has original subject matter jurisdiction . . . under 28 U.S.C. §§ 1331 and 1349."); *Hollus*, 937 F. Supp. at 1113 ("because a majority of the capital stock of Amtrak is owned by the United States, the federal courts have subject matter jurisdiction over any action involving Amtrak."); *Wyant v. National R.R. Passenger Co.,* 881 F. Supp. 919, 924 (S.D.N.Y. 1995) ("[I]t is

well-settled that federal courts have federal question jurisdiction over suits by and against Amtrak under 28 U.S.C. § 1331."); *Wormley v. Southern Pacific Transp. Co.,* 863 F.Supp. 382, 384 (E.D. Tex. 1994) ("It is undisputed that the United States owns more than half of Amtrak's capital stock.").

7.    This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), because it was filed less than thirty days from June 6, 2001, the date upon which Defendants received a copy of the Complaint.  No previous Notice of Removal has been filed or made to this court for the relief sought herein.

WHEREFORE, Defendants respectfully request that the Complaint be removed from the Boston Municipal Court of Suffolk County, Massachusetts, to the United States District Court for the District of Massachusetts.

Dated:  June 26, 2001

**Respectfully submitted,**
**DEFENDANTS,**
**KARMEN SANTA LUCIA, AND**
**NATIONAL RAILROAD PASSENGER**
**CORPORATION ("AMTRAK"),**
By Their Attorneys

John A. Kiernan, BBO # 271020
Stephen E. Hughes BBO # 629644
GILBERG & KIERNAN
One Liberty Square, 6th Floor
Boston, MA  02109
(617) 426-3900

## CERTIFICATE OF SERVICE

I, Stephen E. Hughes, hereby certify that I have served a copy of the foregoing document upon counsel of record for each other party by first class mail on this 26th day June, 2001.

Stephen E. Hughes

3